# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WANDA GALLOZA,

      Appellant,

v.

      Case No.  5D21-2566
      LT Case No. 2019-DR-046171

ROBERT PAGAN,

      Appellee.

_____/

Decision filed May 17, 2022

Appeal from the Circuit Court
for Brevard County,
Jennifer Opel Taylor, Judge.

Wanda Galloza, Orlando, Pro se.

Wayne F. Jentis, of East Coast Law,
P.A., Melbourne, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, SASSO and WOZNIAK, JJ., concur.